WILBUR F. BARRETT *v.* CIVIL SERVICE COMMISSION OF THE CITY OF BRIDGEPORT ET AL.

The motion by the defendants Leonard Cocco et al. for an expedited hearing on their motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Richard L. Albrecht,* in support of the motion.

Submitted June 11—decided June 23, 1976

ARTHUR E. WRIGHT ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF FAIRFIELD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*William W. Sullivan,* in support of the petition.

Submitted June 15—decided June 23, 1976

MELVIN TAYLOR *v.* WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION, SOMERS

The plaintiff's post-argument motion for leave to file a typewritten reply brief in the appeal from the Superior Court in Hartford County is denied.

*Igor I. Sikorsky,* in support of the motion.